### PCT INTERNATIONAL INCORPORATED,
**Plaintiff–Appellee**

v.

### HOLLAND ELECTRONICS, LLC,
**Defendant–Appellant**

2016–1061

United States Court of Appeals, Federal Circuit.

August 16, 2016

CHRISTOPHER K. LARUS, Robins Kaplan LLP, Minneapolis, MN, argued for plaintiff-appellee. Also represented by ERIC JOHN MAGNUSON, JAMIE R. KURTZ, JOHN K. HARTING, BRYAN MECHELL.

SID LEACH, Snell & Wilmer, LLP, Phoenix, AZ, argued for defendant-appellant.

Newman, Moore, and Wallach, Circuit Judges.

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**